**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00794-CV

———————

**MARATHON MACHINE TOOLS, INC., Appellant**

**V.**

**DAVIS-LYNCH, INC., Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-75147**

## O R D E R

Appellant's brief was due January 17, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 2, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM